# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADELL DICKERSON, | Case No. CV 12-8124 DDP (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| D. SOTO, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 12, 2014

_____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE